**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| MARK BOYKIN, | Case No. CV 18-02417-AS |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
|     Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 26, 2019

                                                                        /s/
                                                    ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE